UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA ROSS, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. SWEENEY, and ALLIED CAPITAL CORPORATION,<br><br>　　　　　　　　　　　　　Defendants. | Civil Action No. 1:07-cv-00402-EGS |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
APPOINTMENT OF LEAD PLAINTIFF**

WHEREAS, the above-captioned class action complaint was filed with this Court on February 26, 2007, against defendants Allied Capital Corporation, William L. Walton, Penni F. Roll, and Joan M. Sweeney (collectively "Allied"), alleging violations of federal securities laws;

WHEREAS, on March 10, 2007, less than 20 days after filing the first of the related complaints, counsel for plaintiff Dana Ross published notice advising members of the purported class of, *inter alia*, (1) the pendency of the action, (2) the claims asserted therein, (3) the purported class period, and (4) that, not later than 60 days after the date on which the notice was published, any member of the purported class had the right to move the Court to serve as lead plaintiff of the Class;

WHEREAS, on May 9, 2007, Jack Sheppard, who claims losses of $4,447, made a motion seeking appointment as Lead Plaintiff and approval of his selection of the law firm of Schiffrin Barroway Topaz & Kessler, LLP ("Schiffrin") as Lead Counsel and the law firm of Slevin & Hart, P.C. as Liaison Counsel;

WHEREAS, on May 9, 2007, Abe Wiener, Jagdish Parzhk and David Gonzales (collectively, the "Individual Investors Group"), who claim aggregate losses of $9,354, made a motion seeking appointment as Lead Plaintiff and approval of their selection of the law firms of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen") and Glancy Binkow & Goldberg LLP ("Glancy") as Co-Lead Counsel;

WHEREAS, Jack Sheppard and the Individual Investors Group have reviewed the competing motions and believe it is in the best interests of the Class for Jack Sheppard and the Individual Investors Group, to jointly litigate this actions as Co-Lead Plaintiffs and for their choice of counsel, the law firms of Schiffrin, Cohen, and Glancy, to serve as Co-Lead Counsel;

WHEREAS, Jack Sheppard (who has the largest individual loss) and the Individual Investors Group (which has the largest aggregate loss) have the largest financial interest in this action and together preliminarily satisfy the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I);

WHEREAS, Defendants take no position on the appointment of Lead Plaintiff and Lead Counsel;

IT IS HEREBY STIPULATED and AGREED, by and between the attorneys for the undersigned parties to this action and subject to the Court's approval, as follows:

1. Jack Sheppard and the Individual Investors Group are hereby appointed Co-Lead Plaintiffs for the Class and their choice of counsel, the law firms of Schiffrin, Cohen, and Glancy, are appointed Co-Lead Counsel.

Dated: May 21, 2007

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP**

_/s/ Nicolette Tropiano_ /SDB
Stuart L. Berman
Sean M. Handler
Nicolette Tropiano
280 King of Prussia Road
Radnor, PA 19087
Telephone:   (610) 667-7056
Facsimile:   (610) 667-7706

*Proposed Co-Lead Counsel*

**SLEVIN & HART, P.C.**
Thomas J. Hart
1625 Massachusetts Avenue, N.W.
Suite 450
Washington, DC 20036
Telephone:   (202) 797-8700
Facsimile:   (202) 234-8231

*Counsel for Jack Sheppard*

**COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.**

_/s/ Steven J. Toll_ /DSB
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
S. Douglas Bunch
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408-4699

*Proposed Co-Lead Counsel*

**GLANCY BINKOW & GOLDBERG LLP**

_____
Lionel Z. Glancy
Michael M. Goldberg
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160

*Proposed Co-Lead Counsel*


**FREEMAN, WOLFE & GREENBAUM, P.A.**
Steven R. Freeman
Mercantile – Towson Building
409 Washington Avenue
Suite 300
Towson, MD 21204
Telephone: (410) 321-8400
Facsimile: (410) 321-8407

**O'ROURKE KATTEN & MOODY**
Joel L. Lipman
161 North Clark Street
Suite 2230
Chicago, IL 60601
Telephone: (312) 849-2020
Facsimile: (312) 849-2021

*Counsel for Dana Ross*


IT IS SO ORDERED.

DATED: _____      _____
                                  Emmet G. Sullivan, U.S.D.J.