UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA ROSS, *individually and on behalf of all others similarly situated*,<br><br>                              Plaintiff,<br><br>vs.<br><br>WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. SWEENEY, and ALLIED CAPITAL CORPORATION,<br><br>                              Defendants. | Civil Action No. 1:07-cv-00402-EGS |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING**

WHEREAS, Jack Sheppard ("Sheppard") and Abe Wiener, Jagdish Parzhk and David Gonzales (collectively, the "Individual Investors Group") each originally moved for appointment as lead plaintiff;

WHEREAS, Sheppard and the Individual Investors Group have simultaneously herewith submitted a Joint Stipulation and [Proposed] Order regarding appointment of Lead Plaintiff in which they collectively seek appointment as Co-Lead Plaintiffs and approval of their selection of the law firms of Schiffrin Barroway Topaz & Kessler, LLP ("Schiffrin"), Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen"), and Glancy Binkow & Goldberg LLP ("Glancy") as Co-Lead Counsel;

IT IS HEREBY STIPULATED AND AGREED, by and between Sheppard and the Individual Investors Group on the one hand, and the Defendants on the other hand, through their undersigned attorneys, and subject to the Court's approval, as follows:

1. The Defendants are not required to answer the initial complaint filed in this matter;

2. Lead Plaintiff(s) shall have sixty (60) days from the entry of this Order to file an Amended Complaint;

3. Defendants shall have forty-five (45) days from the filing of the Amended Complaint to answer or file a Motion to Dismiss

4. Lead Plaintiff(s) shall have forty-five (45) days from the filing of any Motion to Dismiss to file an Opposition to the Motion to Dismiss; and

5. Defendants shall have twenty (20) days from the filing of any Opposition to the Motion to Dismiss to file a Reply Brief.

Dated: May 21, 2007

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP

_____
Stuart L. Berman
Sean M. Handler
Nicolette Tropiano
280 King of Prussia Road
Radnor, PA 19087
Telephone:   (610) 667-7056
Facsimile:     (610) 667-7706

*Proposed Co-Lead Counsel and*
*Counsel for Jack Sheppard*


**SLEVIN & HART, P.C.**
Thomas J. Hart
1625 Massachusetts Avenue, N.W.
Suite 450
Washington, DC 20036
Telephone:   (202) 797-8700
Facsimile:     (202) 234-8231

*Counsel for Jack Sheppard*


**COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.**

_____
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
S. Douglas Bunch
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone:   (202) 408-4600
Facsimile:     (202) 408-4699

*Proposed Co-Lead Counsel*

**GLANCY BINKOW & GOLDBERG LLP**

_____/s/_____
Lionel Z. Glancy
Michael M. Goldberg
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160

*Proposed Co-Lead Counsel*


**FREEMAN, WOLFE & GREENBAUM, P.A.**
Steven R. Freeman
Mercantile – Towson Building
409 Washington Avenue
Suite 300
Towson, MD 21204
Telephone: (410) 321-8400
Facsimile: (410) 321-8407

**O'ROURKE KATTEN & MOODY**
Joel L. Lipman
161 North Clark Street
Suite 2230
Chicago, IL 60601
Telephone: (312) 849-2020
Facsimile: (312) 849-2021

*Counsel for Dana Ross*


**WILMER CUTLER PICKERING HALE and DORR LLP**

_____/s/_____
Jonathan E. Paikin
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363

*Counsel for Defendants*

IT IS SO ORDERED.

DATED: _____  _____
                                Emmet G. Sullivan, U.S.D.J.