# United States District Court
# For the District of Columbia

DANA ROSS, Individually and On
Behalf of All Others Similarly Situated,   )
        Plaintiff(s)   )
                                      )    **APPEARANCE**
                                      )
                 vs.                    )    CASE NUMBER    1:07-cv-00402-EGS
WILLIAM L. WALTON, PENNI F. ROLL, JOAN M.   )
SWEENEY, and ALLIED CAPITAL CORPORATION,   )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Ryan Patrick Phair   as counsel in this
                                    (Attorney's Name)

case for:   William L. Walton, Penni F. Roll, Joan M. Sweeney, and Allied Capital Corporation
                                (Name of party or parties)

| | |
|---|---|
| 5/21/07 | /s/ Ryan Patrick Phair |
| Date | Signature |
| | Ryan Patrick Phair |
| DC Bar #479050 | Print Name |
| BAR IDENTIFICATION | Wilmer Cutler Pickering Hale and Dorr LLP |
| | 1875 Pennsylvania Avenue, NW |
| | Address |
| | Washington, DC 20006 |
| | City    State    Zip Code |
| | (202) 663-6000 |
| | Phone Number |