AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

DANA ROSS, Individually and On
Behalf of All Others Similarly Situated,   )
      Plaintiff(s)   )
      )
      )
      vs.   )
WILLIAM L. WALTON, PENNI F. ROLL, JOAN M.   )
SWEENEY, and ALLIED CAPITAL CORPORATION,   )
      )
      Defendant(s)   )

**APPEARANCE**

CASE NUMBER   1:07-cv-00402-EGS

To the Clerk of this court and all parties of record:

Please enter the appearance of **Thomas F. Connell** as counsel in this
      (Attorney's Name)

case for: William L. Walton, Penni F. Roll, Joan M. Sweeney, and Allied Capital Corporation
      (Name of party or parties)

5/21/07
Date

DC Bar #289579
BAR IDENTIFICATION

/s/ Thomas F. Connell
Signature

Thomas F. Connell
Print Name
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Address

Washington, DC 20006
City    State    Zip Code

(202) 663-6000
Phone Number