# United States District Court
# For the District of Columbia

DANA ROSS, Individually and On
Behalf of All Others Similarly Situated, )

        Plaintiff(s)       )    **APPEARANCE**
)
)
        vs.        )    CASE NUMBER   1:07-cv-00402-EGS
WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. )
SWEENEY, and ALLIED CAPITAL CORPORATION, )
)
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Jonathan E. Paikin   as counsel in this
                (Attorney's Name)

case for:   William L. Walton, Penni F. Roll, Joan M. Sweeney, and Allied Capital Corporation
                (Name of party or parties)

5/21/07                        /s/ Jonathan E. Paikin
Date                                    Signature

DC Bar #466445                 Jonathan E. Paikin
BAR IDENTIFICATION            Print Name
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        1875 Pennsylvania Avenue, NW
                                        Address

                                        Washington, DC 20006
                                        City       State       Zip Code

                                        (202) 663-6000
                                        Phone Number