# United States District Court
# For the District of Columbia

DANA ROSS, Individually and On
Behalf of All Others Similarly Situated,  )
        Plaintiff(s)  )  **APPEARANCE**
)
)
        vs.  )  CASE NUMBER    1:07-cv-00402-EGS
WILLIAM L. WALTON, PENNI F. ROLL, JOAN M.  )
SWEENEY, and ALLIED CAPITAL CORPORATION,  )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Christopher Davies   as counsel in this
               (Attorney's Name)

case for:  William L. Walton, Penni F. Roll, Joan M. Sweeney, and Allied Capital Corporation
           (Name of party or parties)

5/21/07                                   /s/ Christopher Davies
Date                                           Signature

DC Bar #465366                      Christopher Davies
BAR IDENTIFICATION           Print Name
                                                 Wilmer Cutler Pickering Hale and Dorr LLP
                                                 1875 Pennsylvania Avenue, NW
                                                 Address

                                                 Washington, DC 20006
                                                 City         State        Zip Code

                                                 (202) 663-6000
                                                 Phone Number