CO-386-online
10/03

# United States District Court
# For the District of Columbia

DANA ROSS, Individually and On )
Behalf of All Others Similarly Situated )
)
)
                    Plaintiff )
vs )    Civil Action No. __1:07 - CV - 00402 - EGS__
)
William L. Walton, Penni F. Roll, Joan M. )
Sweeney, and Allied Capital Corporation )
)
                    Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Defendants__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Allied Capital Corporation__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                                    Attorney of Record

                                      /s/ Thomas F. Connell
                                      Signature

DC Bar # 289579
BAR IDENTIFICATION NO.

Thomas F. Connell
Print Name
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Address

Washington, DC 20006
City      State      Zip Code

(202) 663-6000
Phone Number