UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DANA ROSS, *individually and*       )
*on behalf of all others*           )
*similarly situated*,               )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 07-402 (EGS)
                                    )
WILLIAM L. WALTON, *et al*.,        )
                                    )
        Defendants.                 )
_____)

### ORDER

Upon consideration of the Motion of Jack Sheppard to be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel ("Sheppard Motion"), Motion of Individual Investors Group for Appointment as Lead Plaintiff and Approval of Choice of Lead Counsel ("Individual Investors Group Motion"), Joint Stipulation and [Proposed] Order Regarding Appointment of Lead Plaintiff, and Joint Stipulation and [Proposed] Order Regarding Scheduling, it is by the Court hereby

**ORDERED** that the Sheppard Motion and Individual Investors Group Motion are **GRANTED IN PART AND DENIED IN PART** consistent with the superseding Joint Stipulation and [Proposed] Order Regarding Appointment of Lead Plaintiff; and it is

**FURTHER ORDERED** that Jack Sheppard and Individual Investors Group are hereby appointed Co-Lead Plaintiffs for the Class; and it is

**FURTHER ORDERED** that the following law firms are appointed as Co-Lead Counsel:  Schiffrin Barroway Topaz & Kessler, LLP; Cohen, Milstein, Hausfeld & Toll, P.L.L.C.; and Glancy Binkow & Goldberg LLP; and it is

**FURTHER ORDERED** that Defendants are not required to answer the initial complaint filed in this matter; and it is

**FURTHER ORDERED** that Lead Plaintiffs shall file an amended complaint by **July 23, 2007**; and it is

**FURTHER ORDERED** that Defendants shall file an answer to the amended complaint or a motion to dismiss by no later than **September 6, 2007**; and it is

**FURTHER ORDERED** that Lead Plaintiffs shall file their response to any motion to dismiss by no later than **October 22, 2007**; and it is

**FURTHER ORDERED** that Defendants shall file any reply by no later than **November 12, 2007.**

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**May 22, 2007**