**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANA ROSS, Individually And On Behalf Of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>vs.<br><br>WILLIAM L. WALTON, et al.,<br><br>                      Defendants. | Civil Action No:<br>1:2007-cv-00402 (EGS) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

NOW INTO COURT comes the undersigned, Daniel S. Sommers, a member in good standing of the District of Columbia Bar, and an attorney of record for Lead Plaintiffs Jack Sheppard and Individual Investors Group, and respectfully moves for the admission *pro hac vice* of John Gross, of the firm of Schiffrin Barroway Topaz & Kessler, LLP, as counsel for Lead Plaintiffs Jack Sheppard and Individual Investors Group. The Declaration of John Gross is attached in support of this Motion.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to enroll attorney John Gross of Schiffrin Barroway Topaz & Kessler, LLP, *pro hac vice* counsel, for Lead Plaintiffs Jack Sheppard and Individual Investors Group.

Dated: 5/30/07

Respectfully submitted,

**COHEN, MILSTEIN,
HAUSFELD & TOLL, P.L.L.C.**

By:

Daniel S. Sommers   (D.C. Bar No. 416549)
1100 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

**Lead Counsel for Lead Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following counsel via ECF:

| | |
|---|---|
| Thomas F. Connell<br>Christopher Ronald Lorne Davies<br>Jonathan Edward Paikin<br>**WILMER, CUTLER PICKERING**<br>**HALE & DORR, LLP**<br>2445 M Street, NW<br>Washington, DC 20037-1487<br>(202) 663-6000<br>(202) 663-6363 (fax)<br>thomas.connell@wilmerhale.com<br>christopher.davies@wilmerhale.com<br>jonathan.paikin@wilmerhale.com<br><br>*Counsel for Allied Capital Corporation,*<br>*Joan M. Sweeney, Penni F. Roll, William*<br>*L. Walton* | Steven Richard Freeman<br>**FREEMAN, WOLFE & GREENBAUM,**<br>**P.A.**<br>409 Washington Avenue<br>Suite 300<br>Towson, MD 21204<br>(410) 321-8400<br>410-321-8407 (fax)<br>srf@fwglaw.com |
| Thomas J. Hart<br>**SLEVIN & HART, P.C.**<br>1625 Massachusetts Avenue, NW<br>Suite 450<br>Washington, DC 20036<br>(202) 797-8700<br>(202) 234-8231 (fax)<br>thart@slevinhart.com | Ryan Patrick Phair<br>**WILMER HALE, LLP**<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6812<br>ryan.phair@wilmerhale.com<br><br>*Counsel for Allied Capital Corporation, Joan*<br>*M. Sweeney, Penni F. Roll, William L.*<br>*Walton* |

DANIEL S. SOMMERS

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

DANA ROSS, Individually And On Behalf Of All
Others Similarly Situated,

|                          |                       |
|--------------------------|-----------------------|
| Plaintiff,               | Civil Action No:      |
|                          | 1:2007-cv-00402 (EGS) |
| vs.                      |                       |
|                          |                       |
| WILLIAM L. WALTON, et al.,|                      |
|                          |                       |
| Defendants.              |                       |

## DECLARATION OF JOHN GROSS

I, John Gross, pursuant to Local Rule 83.2.d, file this Declaration in support of Daniel S.
Sommers' Motion to Admit Counsel *Pro Hac Vice*.

1.      I am of good moral and professional character and am an associate with the firm
of Schiffrin Barroway Topaz and Kessler, LLP.

2.      I am a current member in good standing to practice before the Supreme Court of
Pennsylvania.

3.      I have never been disbarred or suspended from practicing in any court in any
jurisdiction, nor have I been reprimanded or censured in any disciplinary proceeding.

4.      No disciplinary procedings or ciminal charges have been instituted against me.

5.      I have not been admitted *pro hac vice* into this Court in the past two years.

Dated: 5/25/07

John Gross
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor PA 19087
Telephone: 610-667-7706
Fax: 610-667-7056