**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANA ROSS, *individually and on behalf of all others similarly situated*,<br><br>                                      Plaintiff,<br><br>vs.<br><br>WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. SWEENEY, and ALLIED CAPITAL CORPORATION,<br><br>                                      Defendants. | Civil Action No. 1:07-cv-00402-EGS |

**CONSENT MOTION FOR EXTENSION OF TIME FOR CO-LEAD PLAINTIFFS TO FILE AN AMENDED COMPLAINT**

Co-Lead Plaintiffs Jack Sheppard and the Individual Investors Group ("Co-Lead Plaintiffs") respectfully submit this consent motion for an extension of time for Co-Lead Plaintiffs to file their amended complaint. By its Order of May 22, 2007, the Court allowed Co-Lead Plaintiffs until July 23, 2007 to file their amended complaint. Co-Lead Plaintiffs respectfully request an additional week, through and including July 30, 2007, to file their amended complaint, and that the dates for Defendants to file an answer to the amended complaint or motion to dismiss, Co-Lead Plaintiffs to file their response to any motion to dismiss, and Defendants to file any reply should also be extended by one week. Counsel for Co-Lead Plaintiffs has conferred with Defendants' counsel, and Defendants do not oppose the motion. A proposed order is attached.

Dated: July 12, 2007                             Respectfully submitted,


                                                                /s/ Steven J. Toll_____
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
S. Douglas Bunch
**COHEN, MILSTEIN, HAUSFELD**
   **& TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Tel.:   (202) 408-4600
Fax:   (202) 408-4699

*Co-Lead Counsel*


Michael K. Yarnoff
Karen E. Reilly
John Gross
**SCHIFFRIN BARROWAY**
**TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.:   (610) 667-7706
Fax:   (610) 667-7056

*Co-Lead Counsel*


Lionel Z. Glancy
Michael M. Goldberg
Dale MacDiarmid
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Tel.:   (310) 201-9150
Fax:   (310) 201-9160

*Co-Lead Counsel*

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA ROSS, *individually and on behalf of all others similarly situated*,<br><br>                             Plaintiff,<br><br>vs.<br><br>WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. SWEENEY, and ALLIED CAPITAL CORPORATION,<br><br>                             Defendants. | Civil Action No. 1:07-cv-00402-EGS |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion for Extension of Time for Co-Lead Plaintiffs to File an Amended Complaint, it is by the Court hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that Co-Lead Plaintiffs shall file an amended complaint by July 30, 2007; and it is

FURTHER ORDERED that Defendants shall file an answer to the amended complaint or a motion to dismiss by no later than September 13, 2007; and it is

FURTHER ORDERED that Co-Lead Plaintiffs shall file their response to any motion to dismiss by no later than October 29, 2007; and it is

FURTHER ORDERED that Defendants shall file any reply by no later than November 19, 2007; and it is

FURTHER ORDERED that this Court's Order of May 22, 2007 is not modified in any other way.

2

IT IS SO ORDERED.

DATED: _____        _____
                                    Emmet G. Sullivan, U.S.D.J.

2