A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

DANA ROSS, Individually and On
Behalf of All others Similarly Situated, )

    Plaintiff(s) )  **APPEARANCE**

         )

         )

     vs.    ) CASE NUMBER 1:07 - cv - 00402-EGS

WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. )

SWEENEY, and ALLIED CAPITAL CORPORATION, )

    Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of Benjamin H. Neaderland as counsel in this

          (Attorney's Name)

case for: William L. Walton, Penni F. Roll, Joan M. Sweeney, and Allied Capital Corporation

      (Name of party or parties)

8/1/07

Date

DC Bar #487676

BAR IDENTIFICATION

Signature

Benjamin H. Neaderland

Print Name

Wilmer Cutler Pickering Hale and Dorr LLP

1875 Pennsylvania Avenue, NW,

Address

Washington, DC 20006

City  State   Zip Code

(202)663-6000

Phone Number