## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA ROSS, Individually and on Behalf of all Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. SWEENEY, and ALLIED CAPITAL CORPORATION,<br><br>     Defendants. | No. 1:07-cv-00402 (EGS) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

NOW INTO THE COURT comes the undersigned, Daniel S. Sommers, a member in good standing of the District of Columbia Bar, and an attorney of record for Lead Plaintiffs Jack Sheppard and the Individual Investors Group, and respectfully moves for the admission *pro hac vice* of Frederick W. Gerkens, III, of the firm of Glancy Binkow & Goldberg, LLP, as counsel for Lead Plaintiffs Jack Sheppard and the Individual Investors Group.  The Declaration of Frederick W. Gerkens, III is attached in support of this Motion.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to enroll attorney Frederick W. Gerkens, III of Glancy Binkow & Goldberg, LLP, *pro hac vice* counsel for Lead Plaintiffs Jack Sheppard and the Individual Investors Group.

Dated:  August 2, 2007                     Respectfully submitted,

 /s/ Daniel S. Sommers
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
S. Douglas Bunch
**COHEN, MILSTEIN, HAUSFELD**
  **& TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Tel.:    (202) 408-4600
Fax:    (202) 408-4699

*Co-Lead Counsel for Lead Plaintiffs*

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

DANA ROSS, *individually and on behalf of all others similarly situated*,

       Plaintiff,

vs.

WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. SWEENEY, and ALLIED CAPITAL CORPORATION,

       Defendants.

Civil Action No:

1:07-cv-00402-EGS

**DECLARATION OF FREDERICK W. GERKENS, III IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Pursuant to 28 U.S.C. § 1746, I, Frederick W. Gerkens, III, certify that:

1. I am an attorney licensed by the State of New York to practice law, and of counsel to Glancy Binkow & Goldberg LLP, co-lead counsel for plaintiffs in the captioned class action.

2. I make this declaration in support of the Motion to Admit Counsel, *Pro Hac Vice,* being filed in this case pursuant to Local Civil Rule 83.2.d.

3. I have been a member of good standing of the Bar of the State of New York since 1995. I am also admitted to practice in the following courts: The United States District Courts for the Southern and Eastern Districts of New York (1997); The United States District Courts for the Eastern District of Wisconsin (1998); The United States Courts of Appeals for the Second (2005), Fourth (2002), Fifth (2002), and Sixth (2002) Circuits, and; the United States Supreme Court (2002).

4. I am not under suspension or disbarment by any court and no discipline

has been imposed previously on me in any jurisdiction.

5. No disciplinary proceedings are pending against me in any jurisdiction.

6. I understand that if admitted *pro hac vice* I am within the disciplinary jurisdiction of the Court and I shall have the continuing obligation during the period of such admission to advise the Court promptly of the institution of new disciplinary proceedings or other events enumerated under and pursuant to L. Cv. R. 83.15(b).

7. I have not been admitted *pro hac vice* in this Court within the last two years.

8. For purposes of this litigation, I am associated in this matter with Daniel S. Sommers, a member of the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Co-Lead Counsel for Plaintiffs, who has an office located in this District, and is admitted to practice in the District of Columbia.

9. For the foregoing reasons, it is respectfully requested that the Court grant the motion to permit me to appear *pro hac vice* in this matter for Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 1, 2007

Frederick W. Gerkens, III

Glancy Binkow & Goldberg LLP
1501 Broadway, Suite 1901
New York, New York 10036
Telephone: 917-510-0009
Fax:    646-366-0895