UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA ROSS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. SWEENEY, and ALLIED CAPITAL CORPORATION,<br><br>                             Defendants. | Civil Action No. 1:07-cv-00402-EGS<br>Judge Emmet G. Sullivan |

**DEFENDANTS' CONSENT MOTION FOR LEAVE TO FILE CONSOLIDATED MEMORANDUM OF LAW IN EXCESS OF PAGE LIMITS**

      Defendants Allied Capital Corporation, William L. Walton, Penni F. Roll, and Joan M. Sweeney (collectively, the "Defendants") respectfully seek permission to file a memorandum of points and authorities in support of their motion to dismiss the Amended Class Action Complaint (the "Amended Complaint" ) in excess of the 45-page limit set forth in Local Civil Rule 7(e). Pursuant to Local Civil Rule 7(m), the undersigned counsel has conferred with Plaintiffs' counsel, who consented to the relief sought in this motion.

      As grounds for this motion, Defendants state that the Amended Complaint is 114 pages long and includes 331 separately numbered paragraphs. In addition, each of the four defendants named in the Amended Complaint would be entitled to file a separate 45-page memorandum of law if they were to proceed individually. Defendants respectfully seek leave to file a single consolidated memorandum of law not to exceed sixty (60) pages. The filing of a single consolidated memorandum of law in excess of page limits would allow Defendants to adequately address the issues raised by the 114-page Amended Complaint, streamline their arguments, avoid

repetition, promote efficiency, and conserve judicial resources.

WHEREFORE, the Defendants respectfully request that the Court grant them permission to file a consolidated memorandum of law in support of their motion to dismiss the Amended Complaint that does not exceed sixty (60) pages.

Dated: August 31, 2007						Respectfully submitted,

/s/ Jonathan E. Paikin
Thomas F. Connell (D.C. Bar #289579)
Christopher Davies (D.C. Bar #465366)
Jonathan E. Paikin (D.C. Bar #466445)
Ryan P. Phair (D.C. Bar # 479050)
WILMER CUTLER PICKERING
 HALE and DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC  20006
(202) 663-6000
Tom.Connell@WilmerHale.com
Christopher.Davies@WilmerHale.com
Jonathan.Paikin@WilmerHale.com
Ryan.Phair@WilmerHale.com

*Counsel for Defendants*
*Allied Capital Corporation, William L. Walton,*
*Penni F. Roll, and Joan M. Sweeney*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA ROSS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. SWEENEY, and ALLIED CAPITAL CORPORATION,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 1:07-cv-00402-EGS<br>Judge Emmet G. Sullivan |

**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR LEAVE TO FILE CONSOLIDATED MEMORANDUM OF LAW IN EXCESS OF PAGE LIMITS**

Having considered Defendants' Consent Motion for Leave to File Consolidated Memorandum of Law in Excess of Page Limits, and finding good cause therefor,

**IT IS HEREBY ORDERED** that Defendants are **GRANTED** leave to file a consolidated memorandum of law in support of their motion to dismiss the Amended Complaint that does not exceed sixty (60) pages.

　　**IT IS SO ORDERED**.


Dated: _____, 2007　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Emmet G. Sullivan
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

**Attorneys To Be Served:**

Steven J. Toll
Daniel S. Sommers
S. Douglas Bunch
**COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005

Michael K. Yarnoff
Karen E. Reilly
John Gross
**SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087

Lionel Z. Glancy
Michael M. Goldberg
Andy Sohrn
**GLANCY BINKOW GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Frederick W. Gerkens, III
**GLANCY BINKOW GOLDBERG LLP**
1501 Broadway, Suite 1900
New York, NY 10036

Steven R. Freeman
**FREEMAN, WOLFE & GREENBAUM**
Mercantile – Towson Building
409 Washington Avenue, Suite 300
Towson, MD 21204

Joel L. Lipman
**O'ROURKE KATTEN & MOODY**
161 North Clark Street, Suite 2230
Chicago, IL 60601

*Counsel for Plaintiffs*

Thomas F. Connell
Christopher Davies
Jonathan E. Paikin
Ryan P. Phair
**WILMER CUTLER PICKERING
  HALE and DORR LLP**
1875 Pennsylvania Ave N.W.
Washington, D.C. 20006

*Counsel for Defendants
Allied Capital Corporation,
William L. Walton, Penni F. Roll, and
Joan M. Sweeney*