UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA ROSS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. SWEENEY, and ALLIED CAPITAL CORPORATION,<br><br>        Defendants. | Civil Action No. 1:07-CV-00402 (EGS)<br>Judge Emmet G. Sullivan |

## ERRATA

Pursuant to the Notice of Corrected Docket Entry on September 14, 2007, Defendants Allied Capital Corporation, William L. Walton, Penni F. Roll, and Joan M. Sweeney respectfully re-submit the Declaration of Ryan P. Phair as an Errata to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. The Declaration, which was mistakenly titled in Defendants' original filing, is the same document that was filed on September 13, 2007, but with the title corrected.

Dated: September 14, 2007      Respectfully submitted,

                    /s/ Ryan P. Phair
                    Ronald C. Machen (D.C. Bar # 447889)
                    Thomas F. Connell (D.C. Bar #289579)
                    Christopher Davies (D.C. Bar #465366)
                    Jonathan E. Paikin (D.C. Bar #466445)
                    Ryan P. Phair (D.C. Bar #479050)
                    WILMER CUTLER PICKERING
                     HALE and DORR LLP
                    1875 Pennsylvania Ave., N.W.
                    Washington, DC 20006

Tel.: (202) 663-6000
Fax:  (202) 663-6363

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA ROSS, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>vs.<br><br>WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. SWEENEY, and ALLIED CAPITAL CORPORATION,<br><br>                            Defendants. | Civil Action No. 1:07-cv-00402-EGS<br>Judge Emmet G. Sullivan |

**DECLARATION OF RYAN P. PHAIR IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

I, Ryan P. Phair, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am an attorney at the law firm of Wilmer Cutler Pickering Hale & Dorr LLP, counsel for Defendants Allied Capital Corporation, William L. Walton, Penni F. Roll, and Joan M. Sweeney.

2.     I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint in the above-captioned matter.

3.     Attached hereto are true and correct copies of the following documents, which are referenced in the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint:

**A.**     **Stock Price Information Charts**

       **EXHIBIT 1.**     **Stock Price Chart.** "Plaintiffs' Profit Opportunities After the Close of the Class Period." Exhibit 1 shows the opportunities that each of the five plaintiffs in this action had to sell their shares of Allied Capital Corp. stock at a profit during the period from January 13, 2007 to September 1, 2007. The information shown in Exhibit 1 was obtained from the stock holding certifications filed by plaintiffs pursuant to 15 U.S.C. § 78u-4(a)(2)(A), and from Yahoo Finance, a public Internet financial website *available at* http://finance.yahoo.com/.

**EXHIBIT 2.**     **Stock Price Chart (Jan. 9, 2007).** "Allied Capital Intraday Stock Price on January 9, 2007 by Minute." Exhibit 2 shows the intraday trading activity of shares of Allied Capital Corp. stock on January 9, 2007. The information used to create Exhibit 2 was obtained from The New York Stock Exchange's ("NYSE") Daily TAQ (Trade and Quote) Database, a public record of historical intra-day NYSE prices *available at* http://nysedata.com.

**EXHIBIT 3.**     **Stock Price Chart (Jan. 11, 2007).** "Allied Capital Intraday Stock Price on January 11, 2007 by Minute." Exhibit 3 shows the intraday trading activity of shares of Allied Capital Corp. stock on January 11, 2007. The information used to create Exhibit 3 was obtained from The New York Stock Exchange's ("NYSE") Daily TAQ (Trade and Quote) Database, a public record of historical intra-day NYSE prices *available at* http://nysedata.com.

**EXHIBIT 4.**     **Stock Price Chart.** "Allied Capital Stock Price 1997 to Present." Exhibit 4 shows the historical prices for shares of Allied Capital Corp. stock from January 1, 1997 to September 11, 2007. The information used to create Exhibit 4 was obtained from Yahoo Finance, a public Internet financial website *available at* http://finance.yahoo.com/.

**EXHIBIT 5.**     **Stock Price Chart.** "Comparison of Percentage Change in Closing Prices of Allied Stock After Close of Class Periods vs. Dow Jones Industrial Average and S&P 500." Exhibit 5 shows a comparison between Allied Capital Corp.'s stock price movement after the close of the class period in the prior 2002 putative class action (May 16, 2002 to June 27, 2002) and this 2007 putative class action (January 22, 2007 to February 26, 2007), respectively, relative to the Dow Jones Industrial Average and S&P 500, over a comparable period. The information used to create Exhibit 5 was obtained from Yahoo Finance, a public Internet financial website *available at* http://finance.yahoo.com/.

**EXHIBIT 6.**     **Stock Price Chart (Nov. 8, 2006).** "Allied Capital Stock Price Movement on November 8-24, 2006." Exhibit 6 shows the historical prices for shares of Allied Capital Corp. stock from November 8, 2006 to November 24, 2006. The information used to create Exhibit 6 was obtained from Yahoo Finance, a public Internet financial website *available at* http://finance.yahoo.com/.

B. **Court Dockets, Filings, and Decisions**

    **EXHIBIT 7.**      **U.S. District Court Civil Docket Sheet.** *In Re Allied Capital Corp. Sec. Litig.*, Case No. 1:02-cv-03812-GEL (S.D.N.Y. May 17, 2002). Exhibit 7 was obtained from PACER, a public electronic database of federal court records.

    **EXHIBIT 8.**      **Opinion and Order Granting Defendants' Motion to Dismiss.** *In re Allied Capital Corp. Sec. Litig.*, 2003 WL 1964184 (S.D.N.Y. Apr. 25, 2003). Exhibit 8 is the April 25, 2003, Opinion and Order dismissing the above-referenced action with prejudice. The Opinion and Order were obtained from Westlaw, an electronic legal database.

    **EXHIBIT 9.**      **U.S. District Court Criminal Docket Sheet.** *United States v. Fakhoury*, Case No. 2:05-cr-80899-BAF-VMM-1 (E.D. Mich. Oct. 6, 2005). Exhibit 9 was obtained from PACER, a public electronic database of federal court records.

    **EXHIBIT 10.**      **U.S District Court Criminal Docket Sheet.** *United States v. Affas*, Case No. 2:05-cr-80902-JF-DAS-1 (E.D. Mich. Oct. 6, 2005). Exhibit 10 was obtained from PACER, a public electronic database of federal court records.

    **EXHIBIT 11.**      **Indictment of Patrick J. Harrington.** Case No. 2:06-cr-20662 (E.D. Mich. January 9, 2007). Exhibit 11 was obtained from PACER, a public electronic database of federal court records.

    **EXHIBIT 12.**      **U.S. District Civil Docket Sheet.** *Brickman v. Business Loan Express LLC*, Case No. 1:05-cv-3147-JEC (N.D. Ga. Dec. 13, 2005). Exhibit 12 was obtained from LexisNexis, an electronic legal database.

    **EXHIBIT 13.**      **Order.** *Brickman v. Business Loan Express*, Civil Action No. 1:05-cv-3147-JEC, (N.D. Ga. Nov. 13, 2006) (excerpt). Exhibit 13 is an Order, dated November 13, 2006, confirming the decision of the United States Government to decline to intervene in the above-referenced action. The Order was obtained from LexisNexis, an electronic legal database.

    **EXHIBIT 14.**      **Motion to Dismiss.** *Brickman v. Business Loan Express LLC*, Case No. 1:05-cv-3147-JEC (N.D. Ga. April 9, 2007) (exhibits excluded). Exhibit 14 is a Motion and supporting Memorandum, filed by defendant Business Loan Express LLC and other named defendants, requesting an order dismissing the action with

prejudice. The Motion was obtained from LexisNexis, an electronic legal database.

EXHIBIT 15.   **Superior Court Civil Docket Sheet.** *Nadoff v. Walton*, Case No. 2007 CA 001060-07 B, (D.C. Super. Ct. Feb. 13, 2007). Exhibit 15 was obtained from CaseFileXpress ("CFX"), a public electronic database of court records for the Superior Court of the District of Columbia *available at* https://www.dccourts.gov/pa/.

EXHIBIT 16.   **Opinion and Order Granting Defendants' Motion to Dismiss.** *Nadoff v. Walton*, Case No. 2007 CA 001060 B, (D.C. Super. Ct. July 25, 2007). Exhibit 16 is an Opinion and Order, dated July 25, 2007, dismissing with prejudice the above-referenced action. The Opinion and Order were obtained from LexisNexis, an electronic legal database.

EXHIBIT 17.   **SEC Order Instituting Cease-And-Desist Proceedings.** *In the Matter of Allied Capital Corporation*, File No. 3-12661 (June 20, 2007). Exhibit 17 is an Order, dated June 20, 2007, closing the SEC's informal investigation of Allied Capital Corp. The Order was obtained from LexisNexis, an electronic legal database.

C.   **Allegations Made By David Einhorn**

EXHIBIT 18.   **Dow Jones News Service Article (May 16, 2002).** Dinah Wisenberg Brin, *Allied Capital: Short-Recommendation Reasons Unfounded*, Dow Jones News Serv. (May 16, 2002). Exhibit 18 was obtained from LexisNexis, an electronic legal database.

EXHIBIT 19.   **Einhorn Correspondence (Mar. 11, 2005).** Letter from David Einhorn, President of Greenlight Capital LLC, to Allied Capital Corp. Board of Directors (March 11, 2005). Exhibit 19 was obtained from the files of Allied Capital Corp.

EXHIBIT 20.   **Einhorn Correspondence (Mar. 18, 2005).** Letter from Brooks H. Browne, Chairman of the Audit Committee of Allied Capital Corp., to David Einhorn, President of Greenlight Capital LLC (March 18, 2005). Exhibit 20 was obtained from the files of Allied Capital Corp.

EXHIBIT 21.   **PR Newswire Article (Jan. 22, 2007).** *Greenlight Capital Sends Letter to Allied Capital Board*, PR Newswire (Jan. 22, 2007). Exhibit 21 was obtained from Westlaw, an electronic legal database.

D. **Analyst Reports**

    **EXHIBIT 22.**    **Bank of America Report (Jan. 12, 2007).** "Allied Capital Corporation: Market Over-reaction Prompts Upgrade from Neutral to Buy," Bank of America Equity Research (January 12, 2007). Exhibit 22 was obtained from Bank of America.

    **EXHIBIT 23.**    **A.G. Edwards Report (Jan. 23, 2007).** Troy L. Ward, "ALD Shares Down on Einhorn Letter. We Reiterate Buy," A.G. Edwards Equity Research (January 23, 2007). Exhibit 23 can be obtained from Westlaw, an electronic legal database.

E. **News Articles**

    **EXHIBIT 24.**    **TheStreet.com Article (April 15, 2003).** Herb Greenberg, *Allied Capital Notes Risk of an Inquiry*, TheStreet.com (April 15, 2003). Exhibit 24 was obtained from LexisNexis, an electronic legal database.

    **EXHIBIT 25.**    **Washington Post Article (Nov. 25, 2006).** Alec Klein, *A Long Wall Street Fight, Unfinished,* Wash. Post, at D01 (Nov. 25, 2006). Exhibit 25 was obtained from *The Washington Post*'s public Internet website, *available at* http://www.washingtonpost.com/wp-dyn/content/article/2006/11/24/AR2006112401285.html.

    **EXHIBIT 26.**    **U.S. Fed News Article (Jan. 9, 2007).** *Information Issued by U.S. Attorneys' Office for the Eastern District of Michigan on Jan. 9.* U.S. Fed News (Jan. 9, 2007). Exhibit 26 was obtained from LexisNexis, an electronic legal database.

    **EXHIBIT 27.**    **Detroit Free Press Article (Jan. 9, 2007).** *Troy Businessman Indicted in Alleged Loan Fraud*, Detroit Free Press (Jan. 9. 2007). Exhibit 27 was communicated via the *Detroit Free Press* website on January 9, 2007.

    **EXHIBIT 28.**    **Final Version, Detroit Free Press Article (Jan. 10, 2007).** *Troy Businessman Indicted in Alleged Loan Fraud*, Detroit Free Press (Jan. 10, 2007). Exhibit 28 was obtained from LexisNexis, an electronic legal database.

F. **Press Releases**

    **EXHIBIT 29.**    **Allied Press Release (June 24, 2004).** "Allied Capital Receives Notice of SEC Informal Investigation." Exhibit 29 was obtained from Allied's public Internet website. It is located in the Press Release Archives section of the Allied Press Room, *available at*

|  |  |
|---|---|
|  | http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-newsArch. |
| **EXHIBIT 30.** | **Allied Press Release (Dec. 27, 2004).** "Allied Capital Receives Request from U.S. Attorney for the District of Columbia." Exhibit 30 was obtained from Allied's public Internet website. It is located in the Press Release Archives section of the Allied Press Room, *available at* http://phx.corporateir.net/phoenix.zhtml?c=77216&p=irol-newsArch. |
| **EXHIBIT 31.** | **U.S. Department of Justice Press Release (Jan. 9, 2007).** "19 Charged in $76 Million Fraud Concerning SBA Loans" (excerpt). Exhibit 31 was obtained from the public Internet website of the U.S. Attorney's Office for Eastern District of Michigan, located in the Press Releases section, *available at* http://www.usdoj.gov/usao/mie/press/index.html. |
| **EXHIBIT 32.** | **Allied Press Release (Jan. 11, 2007).** "Allied Capital Issues Statement Regarding Business Loan Express." Exhibit 32 was obtained from Allied's public Internet website. It is located in the Press Release Archives section of the Allied Press Room, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-newsArch. |
| **EXHIBIT 33.** | **BLX Press Release (Jan. 11, 2007).** "Business Loan Express, LLC Issues Statement Concerning Indictment of Former Employee." Exhibit 33 was obtained from BLX's public Internet website. It is located under "About BLX" in the BLX Press Room, *available at* http://www.blxonline.com/Press.cfm. |
| **EXHIBIT 34.** | **Allied Press Release (Jan. 15, 2007).** "Allied Capital Provides Additional Comment on Business Loan Express, LLC." Exhibit 34 was obtained from Allied's public Internet database of news releases, located in the Press Release Archives section of the Allied Press Room, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-newsArch. |
| **EXHIBIT 35.** | **Allied Press Release (Jan. 22, 2007).** "Allied Capital Comments on Short Seller's Letter." Exhibit 35 was obtained from Allied's public Internet website. It is located in the Press Release Archives section of the Allied Press Room, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-newsArch. |
| **EXHIBIT 36.** | **BLX Press Release (Mar. 6, 2007).** "Business Loan Express Signs Agreement with Small Business Administration." Exhibit 36 was obtained from BLX's public Internet website. It is located |

under "About BLX" in the BLX Press Room, *available at* http://www.blxonline.com/Press.cfm.

G. <u>Other</u>

EXHIBIT 37.    **CRS Report for Congress (Oct. 13, 2005).** Eugene H. Buck, "Hurricanes Katrina and Rita: Fishing and Aquaculture Industries – Damage and Recovery." Exhibit 37 was obtained from the U.S. Department of State's public Internet website, *available at* http://fpc.state.gov/documents/organization/57873.pdf.

EXHIBIT 38.    **SBA List of Preferred Lending Program Lenders.** Exhibit 38 was obtained from the SBA's public Internet website, *available at* http://www.sba.gov/services/financialassistance/7alenderprograms/plp/index.html; http://www.sba.gov/idc/groups/public/documents/sba_homepage/serv_fa_plplist.doc (excerpt).

H. <u>Allied Capital Corp. SEC Disclosures</u>

EXHIBIT 39.    **Form 10-Q/A (June 12, 2002).** Allied Capital Corp., Quarterly Report for the Period Ended March 31, 2002 (excerpt) (exhibits not included). Exhibit 39 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

EXHIBIT 40.    **Form 10-Q (Aug. 14, 2002).** Allied Capital Corp., Quarterly Report for the Period Ended June 30, 2002 (excerpt) (exhibits not included). Exhibit 40 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

EXHIBIT 41.    **Form 10-Q (Nov. 14, 2002).** Allied Capital Corp., Quarterly Report for the Period Ended Sept. 30, 2002 (excerpt) (exhibits not included). Exhibit 41 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

EXHIBIT 42.    **Form 10-K (March 31, 2003).** Allied Capital Corp., Annual Report for the Fiscal Year Ended Dec. 31, 2002 (excerpt) (exhibits not included). Exhibit 42 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 43.**  Form 8-K (Apr. 24, 2003). Allied Capital Corp., Report of Unscheduled Material Events or Corporate Changes (excerpt). Exhibit 43 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate.ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 44.**  Form 10-Q (Aug. 8, 2004). Allied Capital Corp., Quarterly Report for the Period Ended June 30, 2004 (excerpt) (exhibits not included). Exhibit 44 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 45.**  Form 10-Q (Nov. 8, 2004). Allied Capital Corp., Quarterly Report for the Period Ended September 30, 2004 (excerpt) (exhibits not included). Exhibit 45 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 46.**  Form 10-K (March 16, 2005). Allied Capital Corp., Annual Report for the Fiscal Year Ended Dec. 31, 2004 (excerpt) (exhibits not included). Exhibit 46 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 47.**  Form 10-Q (May 10, 2005). Allied Capital Corp., Annual Report for the Period Ended Mar. 31, 2005 (excerpt) (exhibits not included). Exhibit 47 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 48.**  Form 10-Q (Aug. 8, 2005). Allied Capital Corp., Quarterly Report for the Period Ended June 30, 2005 (excerpt) (exhibits not included). Exhibit 48 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 49.**  Form 10-Q (Nov. 8, 2005). Allied Capital Corp., Quarterly Report for the Period Ended Sept. 30, 2005 (excerpt) (exhibits not included). Exhibit 49 was obtained from Allied's public Internet

database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 50.**   **Form 4 (Jan. 6, 2006).** Allied Capital Corp., Statement of Changes in Beneficial Ownership of Securities, William Walton. Exhibit 50 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate.ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 51.**   **Form 10-K (March 13, 2006).** Allied Capital Corp., Annual Report for the Fiscal Year Ended Dec. 31, 2005 (excerpt) (exhibits not included). Exhibit 51 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 52.**   **Form 4 (March 17, 2006).** Allied Capital Corp., Statement of Changes in Beneficial Ownership of Securities, Penelope Roll. Exhibit 52 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 53.**   **Form 4 (May 5, 2006).** Allied Capital Corp., Statement of Changes in Beneficial Ownership of Securities, William Walton. Exhibit 53 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 54.**   **Form 10-Q (May 8, 2006).** Allied Capital Corp., Quarterly Report for the Period Ended March 31, 2006 (excerpt) (exhibits not included). Exhibit 54 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 55.**   **Form 4 (June 16, 2006).** Allied Capital Corp., Statement of Changes in Beneficial Ownership of Securities, Joan Sweeney. Exhibit 55 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 56.** Form 4 (June 16, 2006). Allied Capital Corp., Statement of Changes in Beneficial Ownership of Securities, Penelope Roll. Exhibit 56 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 57.** Form 10-Q (Aug. 9, 2006). Allied Capital Corp., Quarterly Report for the Period Ended June 30, 2006 (excerpt) (exhibits not included). Exhibit 57 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 58.** Form 10-Q (Nov. 8, 2006). Allied Capital Corp., Quarterly Report for the Period Ended Sept. 30, 2006 (excerpt) (exhibits not included). Exhibit 58 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 59.** Form 10-K, (Mar. 1, 2007). Allied Capital Corp., Annual Report for the Fiscal Year Ended Dec. 31, 2006 (excerpt) (exhibits not included). Exhibit 59 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 60.** Form 497 (March 6, 2007). Allied Capital Corp., Definitive Material Filed by Investment Companies (excerpt). Exhibit 60 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 61.** Form 10-Q (May 8, 2007). Allied Capital Corp., Quarterly Report for the Period Ended March 31, 2007 (excerpt) (exhibits not included). Exhibit 61 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

**EXHIBIT 62.** Form 10-Q (Aug. 9, 2007). Allied Capital Corp., Quarterly Report for the Period Ended June 30, 2007 (excerpt) (exhibits not included). Exhibit 62 was obtained from Allied's public Internet database of SEC filings, located under "SEC Filings" in the

Investor Resources section, *available at* http://phx.corporate-ir.net/phoenix.zhtml?c=77216&p=irol-sec-all.

4.  All of the above-referenced facts and documents are either publicly available and not subject to reasonable dispute or referenced in Plaintiffs' First Amended Complaint. All of the above-referenced facts are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: Washington, D.C.
September 13, 2007

/s/ Ryan P. Phair
Ryan P. Phair
Attorney for Defendants