UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA ROSS, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. SWEENEY, and ALLIED CAPITAL CORPORATION,<br><br>Defendants. | No. 1:07-cv-00402 (EGS) |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF PAGE LIMITS**

Co-Lead Plaintiffs ("Plaintiffs"), by their undersigned counsel, respectfully seek permission to file a memorandum of law in opposition to Defendants' motion to dismiss the Amended Class Action Complaint (the "Amended Complaint") in excess of the 45-page limit set forth in Local Civil Rule 7(e). Pursuant to Local Civil Rule 7(m), the undersigned counsel has conferred with Defendants' counsel, who has consented to the relief sought in this motion.

Defendants sought, and the Court granted, leave to file a consolidated memorandum of law in support of their motion to dismiss of no more than sixty (60) pages. Accordingly, Plaintiffs now seek permission to file an opposition memorandum of no more than sixty (60) pages. Filing a memorandum of law in excess of the page limit is necessary to adequately address all of the issues Defendants raise in their consolidated memorandum.

WHEREFORE, Plaintiffs respectfully request that the Court grant them permission to file a memorandum of law in opposition to Defendants' motion to dismiss the Amended Complaint which does not exceed sixty (60) pages.

Dated: October 12, 2007                    Respectfully submitted,

                                                        /s Steven J. Toll_____
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
S. Douglas Bunch
**COHEN, MILSTEIN, HAUSFELD**
  **& TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Tel.:   (202) 408-4600
Fax:   (202) 408-4699

*Co-Lead Counsel*

Michael K. Yarnoff
Karen E. Reilly
John Gross
**SCHIFFRIN BARROWAY**
  **TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.:   (610) 667-7056
Fax:   (610) 667-7706

*Co-Lead Counsel*

Lionel Z. Glancy
Michael M. Goldberg
Andy Sohrn
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel.:   (310) 201-9150
Fax:   (310) 201-9160

Frederick W. Gerkens, III
**GLANCY BINKOW & GOLDBERG LLP**
1501 Broadway, Suite 1900
New York, NY 10036
Tel: (917) 510-0009
Fax: (646) 366-0895

*Co-Lead Counsel*

*Of Counsel*:

**FREEMAN, WOLFE & GREENBAUM, P.A.**
Steven R. Freeman
Mercantile – Towson Building
409 Washington Avenue, Suite 300
Towson, MD  21204
Telephone:	(410) 321-8400
Facsimile:	(410) 321-8407

**O'ROURKE KATTEN & MOODY**
Joel L. Lipman
161 North Clark Street, Suite 2230
Chicago, IL 60601
Telephone:	(312) 849-2020
Facsimile:	(312) 849-2021

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA ROSS, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. SWEENEY, and ALLIED CAPITAL CORPORATION,<br><br>Defendants. | No. 1:07-cv-00402 (EGS) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF PAGE LIMITS**

Having considered Plaintiffs' Consent Motion for Leave to File Memorandum of Law in Excess of Page Limits, and finding good cause therefor,

**IT IS HEREBY ORDERED** that Plaintiffs are **GRANTED** leave to file a memorandum of law in opposition to Defendants' motion to dismiss the Amended Complaint which does not exceed sixty (60) pages.

**IT IS SO ORDERED**.

Dated: _____, 2007         _____
                                       Hon. Emmet G. Sullivan
                                       United States District Judge

| | |
|---|---|
| **Attorneys To Be Served:**<br><br>Steven J. Toll<br>Daniel S. Sommers<br>S. Douglas Bunch<br>**COHEN, MILSTEIN, HAUSFELD<br>    & TOLL, P.L.L.C.**<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005<br><br>Michael K. Yarnoff<br>Karen E. Reilly<br>John Gross<br>**SCHIFFRIN BARROWAY<br>    TOPAZ & KESSLER, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br><br>Lionel Z. Glancy<br>Michael M. Goldberg<br>Andy Sohrn<br>**GLANCY BINKOW GOLDBERG LLP**<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br><br>Frederick W. Gerkens, III<br>**GLANCY BINKOW GOLDBERG LLP**<br>1501 Broadway, Suite 1900<br>New York, NY 10036<br><br>Steven R. Freeman<br>**FREEMAN, WOLFE & GREENBAUM**<br>Mercantile – Towson Building<br>409 Washington Avenue, Suite 300<br>Towson, MD 21204<br><br>Joel L. Lipman<br>**O'ROURKE KATTEN & MOODY**<br>161 North Clark Street, Suite 2230<br>Chicago, IL 60601<br><br>*Counsel for Plaintiffs* | Thomas F. Connell<br>Christopher Davies<br>Jonathan E. Paikin<br>Ryan P. Phair<br>**WILMER CUTLER PICKERING<br>    HALE and DORR LLP**<br>1875 Pennsylvania Ave N.W.<br>Washington, D.C. 20006<br><br>*Counsel for Defendants Allied Capital Corporation, William L. Walton, Penni F. Roll, and Joan M. Sweeney* |