UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

DANA ROSS, *individually and on behalf of all others similarly situated*,

                Plaintiff,

vs.

WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. SWEENEY, and ALLIED CAPITAL CORPORATION,

                Defendants.

Civil Action No. 1:07-cv-00402-EGS

## CONSENT MOTION FOR RELIEF FROM LOCAL CIVIL RULE 23.1(b)

Co-Lead Plaintiffs Jack Sheppard and the Individual Investors Group ("Co-Lead Plaintiffs") respectfully submit this consent motion for relief from Local Civil Rule 23.1(b).

WHEREAS Co-Lead Plaintiffs were appointed by the Court pursuant to its Order dated May 22, 2007, subsequent to the filing of the initial complaint in this action;

WHEREAS Co-Lead Plaintiffs filed an Amended Class Action Complaint on July 30, 2007;

WHEREAS Local Civil Rule 23.1(b) requires Co-Lead Plaintiffs to move for class certification under Fed. R. Civ. P. 23(c)(1) within ninety days of the filing of a complaint in a case sought to be maintained as a class action, unless the court in the exercise of its discretion extends this period;

WHEREAS the Amended Class Action Complaint in the above-captioned action alleges violations of Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934, 15 U.S.C. §§

78j(b) and 78t, and is subject to the provisions of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4;

WHEREAS, pursuant to the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), "all discovery and other proceedings" in this action are stayed while a motion to dismiss is pending;

WHEREAS Defendants in this action filed a motion to dismiss Co-Lead Plaintiffs' Amended Class Action Complaint on September 13, 2007, which is now pending;

WHEREAS Co-Lead Plaintiffs filed their opposition to Defendants' motion to dismiss on October 29, 2007, and Defendants filed their reply on November 19, 2007; and

WHEREAS the filing of a motion for class certification then or now, as well as discovery into class issues, would have been and is impractical and inconsistent with the PSLRA, *see, e.g.*, *Winn v. Symons Int'l Group*, 2001 U.S. Dist. LEXIS 3437, at *6 (S.D. Ind. Mar. 21, 2001) (suspending application of local rule similar to Local Civil Rule 23.1(b), and noting that "the filing of motions to dismiss by Defendants makes a ruling on class certification inappropriate ... under the PSLRA" while the motions to dismiss are pending);

NOW, THEREFORE, Plaintiffs respectfully request that their compliance with Local Civil Rule 23.1(b) be held in abeyance and that the scheduling of Plaintiffs' motion for class certification proceed upon further order of the Court.

Defendants have consented to this motion.

Dated: December 12, 2007					Respectfully submitted,


							/s/ Steven J. Toll
							Steven J. Toll (D.C. Bar No. 225623)
							Daniel S. Sommers (D.C. Bar No. 416549)
							S. Douglas Bunch
							**COHEN, MILSTEIN, HAUSFELD**
							    **& TOLL, P.L.L.C.**
							1100 New York Avenue, N.W.
							West Tower, Suite 500
							Washington, D.C. 20005
							Tel.:   (202) 408-4600
							Fax:   (202) 408-4699

							*Co-Lead Counsel*


							Michael K. Yarnoff
							Karen E. Reilly
							John Gross
							**SCHIFFRIN BARROWAY**
							**TOPAZ & KESSLER, LLP**
							280 King of Prussia Road
							Radnor, PA 19087
							Tel.:   (610) 667-7706
							Fax:   (610) 667-7056

							*Co-Lead Counsel*


							Lionel Z. Glancy
							Michael M. Goldberg
							Dale MacDiarmid
							**GLANCY BINKOW & GOLDBERG LLP**
							1801 Avenue of the Stars
							Suite 311
							Los Angeles, CA 90067
							Tel.:   (310) 201-9150
							Fax:   (310) 201-9160

							*Co-Lead Counsel*

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA ROSS, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM L. WALTON, PENNI F. ROLL, JOAN M. SWEENEY, and ALLIED CAPITAL CORPORATION,<br><br>Defendants. | Civil Action No. 1:07-cv-00402-EGS |

### [PROPOSED] ORDER GRANTING RELIEF FROM LOCAL CIVIL RULE 23.1(b)

Upon the motion of Co-Lead Plaintiffs for relief from Local Civil Rule 23.1(b) and for good cause shown, IT IS:

ORDERED, that Co-Lead Plaintiffs' motion be and hereby is GRANTED, and no motion for class certification need be filed until further order of this Court.

Entered this ___ day of _____.

_____
Emmet G. Sullivan, Judge
United States District Court